**In re Estate of Pauline Shurkus, Deceased.
James Butkus, Administrator of Estate of Pauline Shurkus, Deceased, Appellant, v. Lillian Balsis Augustine, Appellee.**

**Gen. No. 45,204.**

Heard in the first division, first district, this court at the June term, 1950. David J. Bentall, for appellant; Alfred M. Loeser, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. **Not to be published in full.** Opinion filed December 4, 1950; rehearing denied December 18, 1950; released for publication December 19, 1950.